IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TIMOTHY HARMON | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 6:13-CV-469 |
| | § | |
| JUSTIN WILCOX, JBS CARRIERS | § | |
| INC. & MILLER BROTHERS | § | |
| COMPANY, INC. | § | |
| | § | |
| DEFENDANTS | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Intervenor, and Defendants file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Timothy Harmon; Intervenor is the Texas State Office of Risk Management; Defendants are Justin Wilcox, JBS Carriers, Inc. & Miller Brothers Company, Inc.

2. Plaintiff and Intervenor moves to dismiss the suit with prejudice.

3. Defendants, who have served an Answer, agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff and Intervenor have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice to refiling.

RESPECTFULLY SUBMITTED,

By: _____
Jason B. McMinn
State Bar No. 24046404
jmcminn@mcminnlaw.com
**Justin D. McMinn**
State Bar No. 24060272
jdmcminn@mcminnlaw.com

MCMINN LAW FIRM

502 W. 14th St.
Austin, Texas 78701
Telephone: (512) 474-0222
Facsimile: (512) 474-0223
ATTORNEYS FOR PLAINTIFF
TIMOTHY HARMON

By: _____
JEFFREY W. RYAN
State Bar No. 17469600
jwryan@chambleeryan.com
**JARAD L. KENT**
State Bar No. 24062824
jkent@chambleeryan.com

CHAMBLEE, RYAN, KERSHAW, & ANDERSON, P.C.

2777 Stemmons Freeway, Suite 1157
Dallas, Texas 75207
Telephone: (214) 905-2003
Facsimile: (214) 905-1213
ATTORNEYS FOR DEFENDANTS
JUSTIN WILCOX, JBS CARRIERS, INC. & MILLER BROTHERS INC.

GREG ABBOTT
Attorney General of Texas
DANIEL T. HODGE
First Assistant Attorney General
DAVID C. MATTAX
Deputy Attorney General for Defense Litigation
KARA L. KENNEDY
Chief, Tort Litigation Division

By: _____
Ms. Sandra E. Salas Horne
Assistant Attorney General
Tort Litigation Division
State Bar No. 24051282
Sandra.Horne@texasattorneygeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2197
(512) 463-2224 (*facsimile*)

## CERTIFICATE OF SERVICE

I do hereby certify that on May 27th, 2014, a true and correct copy of the above and foregoing document has been forwarded via fax and/or certified mail, return receipt requested to Plaintiffs' counsel of record, **Jason McMinn**, *McMinn Law Firm*, 502 W. 14th Street, Austin, Texas 78701, and to Intervenor's counsel of record, **Sandra E. Salas Horne**, Assistant Attorney General, Tort Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

_____
Jeffrey W. Ryan / Jarad L. Kent