# United States District Court

EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TIMOTHY HARMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:13-cv-469 |
| | § | |
| JUSTIN WILCOX, et al. | § | |

## FINAL JUDGMENT

In accordance with the parties' agreed stipulation of dismissal of all claims with prejudice (Doc. No. 27), it is hereby **ORDERED, ADJUDGED, and DECREED** that a final judgment be entered in the case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 29th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE